447 F.2d 484
 NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
BRICKLAYERS AND STONE MASONS, LOCAL UNION NO. 6, BRICKLAYERS, MASONS & PLASTERERS' INTERNATIONAL UNION OF AMERICA, AFL-CIO, Respondent.
 No. 71-1633 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 September 10, 1971.
 
 Application for Enforcement of an Order of the National Labor Relations Board (Texas Case).
 Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D. C., Elmer P. Davis, Director, Region 16, N. L.R.B., Fort Worth, Tex., for petitioner.
 O. R. "Buddy" Wright, Fort Worth, Tex., Tom Upchurch, Jr., Amarillo, Tex., for respondent.
 Before COLEMAN, SIMPSON, and MORGAN, Circuit Judges.
 PER CURIAM:
 
 Enforced. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966